IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP SINGH<br>A72-114-013<br>    Petitioner,<br><br>MICHAEL CHERTOFF, Secretary<br>    Dept. of Homeland Security; *et al.*<br><br>Respondents | §<br>§<br>§  Civ. No.: 3:07-CV-05990-VRW<br>§<br>§<br>§<br>§<br>§ |

PROPOSED ORDER

Based upon the representations of counsel and the Petitioner's release from custody, it is hereby ordered that the instant matter be dismissed as moot.

DATED this _____ day of _____, 2007.


_____
DISTRICT JUDGE VAUGHN R. WALKER