IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KULDIP SINGH<br>A72-114-013<br>　　Petitioner, | §<br>§<br>§<br>§ | Civ. No.: 3:07-CV-05990-VRW |
| MICHAEL CHERTOFF, Secretary<br>　　Dept. of Homeland Security; *et al.* | §<br>§<br>§<br>§ | |
| Respondents | § | |

~~PROPOSED~~ ORDER

Based upon the representations of counsel and the Petitioner's release from custody, it is hereby ordered that the instant matter be dismissed as moot.

DATED this __19th__ day of __December__, 2007.


_____
DISTRICT JUDGE VAUGHN R. WALKER