IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

KULDIP SINGH
A72-114-013
    Petitioner,

                                    Civ. No.: 3:07-CV-05990-VRW

MICHAEL CHERTOFF, Secretary
    Dept. of Homeland Security; *et al.*

Respondents

~~PROPOSED~~ ORDER

    Based upon the representations of counsel and the Petitioner's release from custody, it is hereby ordered that the instant matter be dismissed as moot.

DATED this __19th__ day of __December__, 2007.

_____
DISTRICT JUDGE VAUGHN R. WALKER